UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:    04-14015-CR-GRAHAM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ANDRE JAMAAL WILLIAMS,
Reg. No. 74967-004,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on October 17, 2024.

**THE MATTER** was assigned to Magistrate Judge Shaniek Mills Maynard, on July 7, 2017. On February 6, 2025, Magistrate Judge Maynard issued a Report and Recommendation that found that the Defendant did not violate his term of supervised release with respect to the violation [D.E. 245].   The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Government filed timely objections to the Magistrate Judge's Report [247] and the Defendant filed a timely Reply to the same [248].

        The Court has conducted a de novo review of the file and is otherwise fully advised in the premises.

        Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation on the violation set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety [245].

CASE NO. 04-14015-CR-GRAHAM

**DONE AND ORDERED** in Miami, Florida, this 28th day of February, 2025.

_____
**DONALD L. GRAHAM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record